**Order entered July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00573-CV

**CITY OF PLANO, TEXAS; LISA HENDERSON, IN HER OFFICIAL CAPACITY AS CITY SECRETARY; HARRY LAROSILIERE, IN HIS OFFICIAL CAPACITY AS MAYOR; ANGELA MINER, IN HER OFFICIAL CAPACITY AS MEMBER OF THE CITY COUNCIL; BEN HARRIS, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE CITY COUNCIL; RICK GRADY, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE CITY COUNCIL; LISSA SMITH, IN HER OFFICIAL CAPACITY AS MEMBER OF THE CITY COUNCIL; RON KELLEY, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE CITY COUNCIL; TOM HARRISON, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE CITY COUNCIL; AND DAVID DOWNS,IN HIS OFFICIAL CAPACITY AS MEMBER OF THE CITY COUNCIL, Appellants**

**V.**

**ELIZABETH CARRUTH, MATTHEW TIETZ, JANIS NASSERI, JUDITH KENDLER, AND STEPHEN PALMA, Appellees**

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-00469-2016

## ORDER

Before the Court is appellants' June 22, 2016 opposed motion to extend time to file appellants' brief. Because appellants' brief was timely filed, appellants' motion is **DENIED** as moot. Appellees' brief is due to be filed by July 25, 2016.

/s/    ELIZABETH LANG-MIERS
         JUSTICE